# FEDERAL DEFENDERS
## MIDDLE DISTRICT OF ALABAMA
FEDERAL DEFENDER PROGRAM, INC.
817 SOUTH COURT STREET
MONTGOMERY, AL 36104
TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353
Website: www.almfd.org

RECEIVED
2015 OCT -2 P 2:56

CHRISTINE A. FREEMAN
Executive Director

September 29, 2015

2:15cm2945-SRW

**BY HAND DELIVERY**
Honorable Susan Russ Walker
Chief U.S. Magistrate Judge
One Church Street
Montgomery, Alabama 36104

                                *Re:*    ***Chris Miles***

Dear Judge Walker:

       Our office was notified by Jerusha Adams that Mr. Miles is a target of investigation regarding federal civil rights violations in the Middle District.

       Mr. Miles has requested counsel. Enclosed is his Financial Affidavit. Our office is able to accept appointment, if the Court approves.

       Please let me know if you need any additional information. Thank you for your consideration of this request.

                                                     Sincerely,

                                                     Christine A. Freeman

Enclosure

CAF/bks

cc:    Jerusha Adams, Esq.